IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Simpson Hodges,<br><br>    Plaintiff,<br><br>    v.<br><br>Manu Thomas, et al.,<br><br>    Defendants. | CASE NO:<br>CV–22–00132–PHX–DWL (MHB)<br><br>**NOTICE OF ASSIGNMENT** |

On January 24, 2022, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Dominic W Lanza and has been referred to Magistrate Judge Michelle H Burns (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

DATED this 24th day of January, 2022.

*s/Debra D. Lucas*
_____
Debra D. Lucas
District Court Executive & Clerk of Court

cc: Plaintiff

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | WARNING! |
| 9 | Failure to comply with the following rules will result in your document being STRICKEN |
| 10 | and/or your case being DISMISSED: |
| 11 | (1) You must file a Notice of Change of Address if your address changes. |
| 12 | (2) You must correctly label any further documents with the above assigned |
| 13 |     caption and case numbers. LRCiv 7.1(a). |
| 14 | (3) You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 15 | (4) If applicable, you must provide an original and one copy of any document to |
| 16 |     be filed. If you request a conformed copy, you must provide an original |
| 17 |     and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers. |
| 18 | (5) If applicable, you must mail copies of every document you file to all respondents. |
| 19 |     or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 20 |     must include a certificate stating the date a copy of the document was mailed |
| 21 |     to respondents or their attorneys. This does not apply to prisoner e−filers. |
| 22 | (6) The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2. |